# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-1078**  **September Term 2008**

LOC-73FR4080

Filed On: March 24, 2009 [1171788]

SoundExchange, Inc.,

    Appellant

v.

Librarian of Congress,

    Appellee

------------------------------

Sirius XM Radio Inc.,
    Intervenor

**BEFORE:** Circuit Judges Ginsburg, Henderson and Kavanaugh

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on March 24, 2009 at 9:30 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

  David A. Handzo , counsel for Appellant.

  Sarang V. Damle (DOJ) , counsel for Appellee.

  R. Bruce Rich , counsel for Intervenor.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Shana E. Thurman
Deputy Clerk